In the Matter of the Application of VAL TRAINOR, Respondent, for a Writ of Mandamus against THE WHITE RATS ACTORS' UNION OF AMERICA, Appellant.

*Matter of Trainor* v. *White Rats Actors' Union*, 155 App. Div. 935, affirmed.
(Argued June 3, 1913; decided June 17, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 28, 1913, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to reinstate the relator as a member of its association.

*M. L. Malevinsky* and *Dennis F. O'Brien* for appellant.

*Guy T. Murray* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.